IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EARMON WRIGHT
ADC #110795                                                                                          PETITIONER

VS.                                      5:04CV00027 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 27th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE